IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Respondent, | : | |
| vs. | | CRIMINAL NO. 06-00049-CG-N |
| | : | CIVIL ACTION NO. 09-0536-CG-N |
| KARMELL DEMETRIUS JOHNSON, | | |
| Petitioner. | : | |

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED.** The court finds that the petitioner is not entitled to the issuance of a certificate of appealability.

**DONE and ORDERED** this 7th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE