IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Respondent, | : | |
| vs. | | CRIMINAL NO. 06-00049-CG-N |
| | : | CIVIL ACTION NO. 09-0536-CG-N |
| KARMELL DEMETRIUS JOHNSON, | | |
| Petitioner. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentencing by a Person in Federal Custody (Doc. 141) is hereby **DENIED**. The court finds that the petitioner is not entitled to a certificate of appealability; therefore, any such request is hereby **DENIED**.

**DONE and ORDERED** this 7th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE